```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL  O'CONNER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-0016 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| MICHAEL O'CONNER | ) |
| | ) Date:  March 12, 2007 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

    Michael O'Connor, by and through his undersigned counsel, Caro Marks, and the United States of America, by and through its counsel, Laurel White, requests that the previously scheduled status conference hearing date of February 26, 2007 be vacated, and that the matter be set for a status conference on March 12, 2007, 10:00 a.m.

    The parties request a continuance because the government has just informed the defense of a new development in the case that if proved by the government, would substantially and significantly increase the defendant's exposure at sentencing.  The government intends to provide the defense with the discovery on this issue forthwith, and the defense

needs additional time to inform the defendant of this development and review the discovery with him.

Accordingly, the parties request a continuance to allow the defense to prepare. The parties request that this Court exclude time under the Speedy Trial Act from the date of the signing of this order through and including March 12, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, and Local Code T4.

Dated: February 22, 2007

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MICHAEL O'CONNER

/s/ Laurel White
_____
LAUREL WHITE
Assistant United States Attorney

**O R D E R**

There being good cause therefor, the Court hereby VACATES the presently scheduled Status Conference, and sets the matter for Status Conference on March 12, 2007 at 10:00 a.m.  Speedy trial time under the Speedy Trial Act shall be excluded from the date of the signing of this Order until and including March 12, 2007 pursuant to 18 U.S.C. §3161(h)(8)(iv) and Local Code T-4, for preparation of counsel.

Dated: February 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2