HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
MICHAEL JAMES O'CONNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case Nos. Cr. S. 2:07-CR-0016-DJC |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| MICHAEL JAMES O'CONNER, | ) |
| Defendant. | ) Hon. Daniel J. Calabretta |

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in the above-noted case and discharges Mr. O'Conner for the reasons set forth in his unopposed Motion. At the request of the parties and the Probation Office, this Order is effective on July 1, 2025.

Dated: June 17, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER Granting Early Termination of
Supervised Release

*U.S. v. MICHAEL JAMES O'CONNER*